IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ZEESHAN ALAM ANSARI,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-471-L** |
| | § | |
| **JANET NAPOLITANO, Secretary of** | § | |
| **the Department of Homeland Security,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 14, 2014, recommending that the court grant Defendants' Motion to Dismiss Petition as Moot (Doc. 22), filed November 19, 2013, and dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1). No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the Report, the court determines that the findings and conclusions are correct and **accepts** them as those of the court. Accordingly, the court grants Defendants' Motion to Dismiss Petition as Moot (Doc. 22) and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction.

**It is so ordered** this 31st day of July, 2014.

*[Signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page